NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
Michael S. Chernis, Esq. (CBN 259319)
Chernis Law Group, P.C.
3110 Main Street, Ste. 205
Santa Monica, CA 90405
(310)566-4288

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　PLAINTIFF<br>V.<br>Sam Herbert Allen<br><br><br>　　　　　　　　　　DEFENDANT. | CASE NUMBER<br><br>CR 12-01042 (DDP) (JCG)<br><br>**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |
|---|---|

Application is made by ☐ plaintiff ☑ defendant Sam Herbert Allen that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☑ Magistrate Judge Jay C. Gandhi _____ by order dated: September 17, 2013

　☑ denying release and imposing detention under subsection ☐ (d) or ☑ (e) of Title 18 U.S.C. §3142; or
　☐ ordering release upon certain conditions, or
　☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:
Defendant was remanded on 9/17/13 due to his inability to complete his bail package, in part due to failure of prior counsel. Since that time, defendant has pled to a disposition that subjects him to a maximum 5 years in prison, less approximately 2.5 years in custody and good time credits, thereby reducing risk of flight. In addition, Defendant has resources of approximately $500,000 in both secured and unsecured sureties, as well as other assets.

　Relief sought *(be specific)*:
Defendant to be released pending sentencing, subject to electronic monitoring, in bond totaling $500,000 secured by Defendant's interest in Thrift Savings Plan worth $100,000, property held by Harold Aronson (brother-in-law) valued at $80,000, and unsecured sureties Lucerne Foreman (sister), Raechelle Foreman (niece), Benjamin Foreman (nephew), Maricruz Ibanez Aleman (sister-in-law), Lourdes de Maria Aleman (wife), Ron White (friend) and the defendant. Hearing requested for 5/21/15 or other date convenient to the Court and parties.
　Counsel for the defendant and plaintiff United States Government consulted on 4/1/15 _____
and opposing counsel declines to stipulate to an order providing the relief sought.

☑  Telephonic notice given to  ☐ AUSA  ☐ Defendant's Counsel  ☑ PSA  ☐ Interpreter  ☐ USM  ☐ Probation
on 5/12/15 _____.

　An interpreter is  ☐ required  ☑ not required.  Language _____
　Defendant is  ☑ in custody  ☐ not in custody.

5/13/15　　　　　　　　　　　　　　　　　　　　Defendant, by Attorney Michael S. Chernis
Date　　　　　　　　　　　　　　　　　　　　　　Moving Party　　/s/ MChernis